**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| MICHAEL GRADY, | ) |
| | ) |
| Movant, | ) |
| | ) |
| vs. | ) No. 4:01CV130-SNL |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondents. | ) |

### ORDER

Grady's motion requesting reconsideration of order entered on January 6, 2006 is before the Court.

"Motions for reconsideration serve a limited function: to correct manifest errors of law or fact or to present newly discoveryed evidence." Hagerman v. Yukon Energy Corp., 839 F.2d 407, 414 (8th Cir. 1988) (quoting Rothwell Cotton Co. v. Rosenthal & Co., 827 F.2d 246, 251 (7th Cir. as amended, 835 F.2d 710 (7th Cir. 1987). Moreover a motion to reconsider may not be used to raise arguments which could have been raised prior to the Court's dismissal of the action. See Federal Deposit Ins. Corp. v. Meyer, 781 F.2d 1260, 1268 (7th Cir. 1986).

There is no suggestion of newly discovered evidence nor a manifest error of law and the reconsideration motion should be denied.

**IT IS THEREFORE ORDERED** that the request of Michael Grady for reconsideration of this Court's January 6, 2006 order is **DENIED**.

Dated this  24th  day of January, 2006.

_____
SENIOR UNITED STATES DISTRICT JUDGE